Printing Developments, Inc., Plaintiff-Appellee, v. Thomas Hart Fisher, and Ruth Page Fisher, His Wife, Defendants-Appellants.

Gen. No. 47,146.

First District, Second Division.

May 28, 1958.

Rehearing denied June 20, 1958.

Released for publication July 1, 1958.

Norman Crawford, for appellants; MacLeish, Spray, Price & Underwood (Cranston Spray, and Wendell J. Brown, of counsel) for plaintiff-appellee. Opinion by JUSTICE LEWE. Not to be published in full.